# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LINDER,<br><br>    Plaintiff,<br><br>  v.<br><br>JALAL SOLTENIAN, et al.,<br><br>    Defendants. | No. 2:18-CV-2281-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 4, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 4, 2019, are adopted in full;

2. The motion to dismiss or for a more definite statement filed by defendants Galang and Pucelik (ECF No. 19) is denied;

3. The unopposed motion for summary judgment filed by defendants Smith and Soltenian (ECF No. 24) is granted; and

4. Defendants Smith and Soltenian are dismissed from this action, which proceeds against defendants Galang and Pucelik only.

DATED: December 18, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE