IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LINDER,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES S. PUCELIK, et al.,<br><br>  Defendants. | No. 2:18-CV-2281-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to respond to discovery. See ECF No. 34. Defendants have filed a statement of non-opposition to plaintiff's motion. See ECF No. 35. Good cause appearing therefor, plaintiff's motion is granted. Plaintiff shall serve responses to defendants' interrogatories on or before May 20, 2020.

IT IS SO ORDERED.

Dated: April 29, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1