IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LINDER,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES S. PUCELIK, et al.,<br><br>  Defendants. | No. 2:18-CV-2281-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to file a supplemental complaint (ECF No. 40). Plaintiff seeks leave to amend and add as a defendant the manufacturer of his knee replacement mechanism, DePuy Orthopedics. However, Plaintiff does not attach a copy of his proposed supplemental complaint, nor identify what sort of claims Plaintiff wishes to add. Therefore, Plaintiff's motion is denied, without prejudice. Plaintiff may, within 30 days of the date of this order, resubmit his motion with a copy of his proposed supplemental complaint.

IT IS SO ORDERED.

Dated: September 23, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1