AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

DUANE LINDER
         Plaintiff (s),
V.
DOCTOR JALAL SOLTANIAN, et al
         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cv-02281 JAM

Notice is hereby given that, subject to approval by the court, __Carmelino Galang, M.D.__ (Party (s) Name) substitutes __Curtis E. Jimerson__ (Name of New Attorney), State Bar No. __232054__ as counsel of record in place of __Curtis E. Jimerson / Riggio, Mordaunt & Kelly__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Mordaunt, Roundy, Reihl & Jimerson
    Address: 7488 Shoreline Drive Suite B1, Stockton, CA 95219
    Telephone: (209) 473-8732    Facsimile: (209) 957-9165
    E-Mail (Optional): mmordaunt@mrrjlaw.com; cjimerson@mrrjlaw.com

I consent to the above substitution.
Date: 12/28/2020
    (Signature of Party (s))

I consent to being substituted.
Date: 12/28/2020
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/28/2020
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 1.21.21
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]