AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of California

| | |
|---|---|
| DUANE LINDER<br>Plaintiff(s),<br>V.<br>DOCTOR JALAL SOLTANIAN, et al<br>Defendant(s). | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 2:18-cv-02281 JAM |

Notice is hereby given that, subject to approval by the court, __Carmelino Galang, M.D.__ substitutes
(Party (s) Name)

__Michael R. Mordaunt__, State Bar No. __66911__ as counsel of record in
(Name of New Attorney)

place of __Michael R. Mordaunt / Riggio, Mordaunt & Kelly__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Mordaunt, Roundy, Reihl & Jimerson
Address: 7488 Shoreline Drive Suite B1, Stockton, CA 95219
Telephone: (209) 473-8732    Facsimile (209) 957-9165
E-Mail (Optional): mmordaunt@mrrjlaw.com; cjimerson@mrrjlaw.com

I consent to the above substitution.
Date: 12/28/2020
(Signature of Party (s))

I consent to being substituted.
Date: 12/28/2020
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/28/2020
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 21 January 2021
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]