≠AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Eastern  | District of |  California  |

| DUANE LINDER | CONSENT ORDER GRANTING |
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| DOCTOR JALAL SOLTANIAN, et al | CASE NUMBER: 2:18-cv-02281 JAM |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __James S. Pucelik, M.D.__ substitutes
(Party (s) Name)

__Curtis E. Jimerson__, State Bar No. __232054__ as counsel of record in
(Name of New Attorney)

place of __Curtis E. Jimerson / Riggio, Mordaunt & Kelly__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Mordaunt, Roundy, Reihl & Jimerson |
| Address: | 7488 Shoreline Drive Suite B1, Stockton, CA 95219 |
| Telephone: | (209) 473-8732    Facsimile (209) 957-9165 |
| E-Mail (Optional): | mmordaunt@mrrjlaw.com; cjimerson@mrrjlaw.com |

I consent to the above substitution.

Date: 12/28/2020

(Signature of Party (s))

I consent to being substituted.

Date: 12/28/2020

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/28/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1.21.21

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]