# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LINDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES S. PUCELIK, et al.,<br><br>　　　　Defendants. | No. 2:18-CV-2281-JAM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a temporary stay of proceedings. See ECF No. 47.

　　　　Plaintiff's motion is supported by the declaration of inmate Stephen J. Snow, who is represented to be a "jailhouse lawyer" assisting Plaintiff with his case. According to Mr. Snow, he and Plaintiff had been sharing the same cell until November 29, 2020, at which time Plaintiff contracted the COVID-19 virus and was moved to a different location in the prison for quarantine. On behalf of Plaintiff, Mr. Snow seeks a temporary stay of proceedings until such time has Plaintiff is moved back to his original cell and Mr. Snow is able to continue to provide Plaintiff assistance with this case.

///
///

1

1 | Plaintiff's motion will be denied.  Granting the relief requested – a stay until
2 | Plaintiff and Mr. Snow are again housed together – could result in an indefinite delay in
3 | resolution of this case because there is no guarantee that Plaintiff and Mr. Snow will be housed
4 | together again following Plaintiff's release from quarantine.  The Court will, however, provide
5 | Plaintiff an extension of time to file an opposition to Defendants' motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 47, for a stay of proceedings is denied; and

2. Plaintiff shall have an extension of time to 45 days from the date of this order to file an opposition to Defendants' motion for summary judgment.

Dated:  May 5, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE