IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LINDER,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES S. PUCELIK, et al.,<br><br>    Defendants. | No. 2:18-CV-2281-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2022, a notice of Plaintiff's death was entered on the docket. See ECF No. 65. This document was filed by Stephen F. Snow, who states he is an inmate who had been assisting Plaintiff with his legal paperwork. See id. According to Mr. Snow, Plaintiff died on January 28, 2022. See id. Defendants' counsel is hereby requested to, within 15 days of the date of this order, serve a Notice of Plaintiff's Death consistent with the provisions of Federal Rule of Civil Procedure 25 and file proof of service thereof. Service of a notice under Rule 25 will mark commencement of the 90-day period within which a motion to substitute must be filed

///

///

///

///

1

or the action be dismissed.

           IT IS SO ORDERED.

Dated:  February 11, 2022

                                               DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE