IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LINDER, | No. 2:18-CV-2281-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JAMES S. PUCELIK, et al., | |
| Defendants. | |

Plaintiff, who was a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is a motion, ECF No. 76, filed by inmate Stephen F. Snow on behalf of Mr. Linder, who is deceased.

On February 7, 2022, Mr. Snow, an inmate who had been assisting Plaintiff with his case, filed a document with the Court providing notice that Plaintiff had died on January 28, 2022. See ECF No. 65. Thereafter, on February 15, 2022, Defendants filed a Suggestion of Death Upon the Record pursuant to Rule 25(a)(1). See EC No. 67. Before doing so, Defendants made reasonable efforts to locate the addresses of Plaintiff's next of kin, if any, by searching Plaintiff's prison medical records for emergency contact information. See ECF No. 71, pgs. 2-3. Unable to locate any next of kin, Defendants served their Rule 25(a)(1) notice at Plaintiff's last address at Mule Creek State Prison. See id. Defendants also provided notice to the prison's litigation coordinator in the event anyone came forward as Plaintiff's next of kin, heirs, or estate

representative. See id. Counsel for Defendants states that he is not aware of any next of kin and, to date, no one has come forward and no motion for substitution has been filed. See id. at 2.

In the pending motion, Mr. Snow indicates he is aware of the address of Mr. Linder 's sister, Terri Sanford, and asks permission to provide Mrs. Sanford Mr. Linder's legal documents. The request is granted. Pending receipt of legal documents by Mrs. Sanford and allowing time for her to file a motion to substitute on behalf of Mr. Linder, the Court will defer submission to the assigned District Judge of the August 16, 2022, findings and recommendations that this action be dismissed. If no motion to substitute is filed within 90 days, the Court will submit the findings and recommendations that this action be dismissed upon Mr. Linder's death.

IT IS SO ORDERED.

Dated: November 22, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE