# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LINDER, | No.  2:18-CV-2281-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JAMES S. PUCELIK, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 3, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 3, 2023, are adopted in full.

2. Defendants' motion to dismiss, ECF No. 71, is DENIED without prejudice.

3. This matter is referred back to the assigned Magistrate Judge for further pre-trial proceedings.

IT IS SO ORDERED.

Dated:   **September 5, 2023**

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE