# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE LINDER, | No. 2:18-CV-2281-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JAMES S. PUCELIK, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 19, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed December 19, 2023, are adopted in full.

2. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 25(a)(1).

3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **March 29, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE